206 So.2d 712

**SUN INSURANCE OFFICE, LTD.**

v.

**Wilson J. BATISTE.**

No. 49084.

Feb. 19, 1968.

Writ refused. On the facts found by the Court of Appeal it appears that the result reached by it is correct.

■

206 So.2d 712

**Succession of Philip HESS.**

No. 49085.

Feb. 19, 1968.

Writ refused. We find no error of law in the opinion of the Court of Appeal.